**RIMAC MARTIN, P.C.**
Anna M. Martin – CSBN 154279
amartin@rimacmartin.com
1051 Divisadero Street
San Francisco, CA 94115
Telephone:  415.561.8440
Facsimile:  415.561.8430

Attorneys for Defendant
UNUM LIFE INSURANCE COMPANY
OF AMERICA

**LAW OFFICES OF SCOTT E. SHAFFMAN**
Scott E. Shaffman SBN 90276
sshaffman@aol.com
98 Del Monte Avenue, Suite 200
Monterey, CA 93940
Telephone: 831.333.0321
Facsimile: 831.333.9012

Attorney for Plaintiff
MICHAEL C. KAPLAN

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| MICHAEL C. KAPLAN,<br><br>              Plaintiff,<br><br>v.<br><br>UNUM LIFE INSURANCE COMPANY OF AMERICA,<br><br>              Defendants.<br>_____ | ) <br>) <br>) <br>) <br>) <br>) <br>) <br>) <br>) <br>) <br>) <br>) <br>) <br>) |

CASE NO.  5:14-CV-02210 RMW PSG

**STIPULATION OF DISMISSAL OF
ACTION WITH PREJUDICE;
[] ORDER**

1    IT IS HEREBY STIPULATED by and between the Plaintiff, MICHAEL C. KAPLAN

2  and Defendant, UNUM LIFE INSURANCE COMPANY OF AMERICA, by and through their

3  counsel of record herein, that the captioned action may be, and hereby is, dismissed with

4  prejudice pursuant to Rule 41(a) of the Federal Rules of Civil Procedure.

5    The parties shall bear their own respective attorney fees and costs of suit.

6    **SO STIPULATED.**

7

8                                        **RIMAC MARTIN, P.C.**

9  DATED:  August 5, 2014                 By:   /s/ Anna M. Martin
                                          ANNA M. MARTIN
10                                        Attorney for Defendants
                                          UNUM LIFE INSURANCE COMPANY
11                                        OF AMERICA

12

13                                       **LAW OFFICES OF SCOTT E. SHAFFMAN**

14 DATED:  August 5, 2014                 By:   /s/ Scott E. Shaffman
                                          SCOTT E. SHAFFMAN
15                                        Attorney for Plaintiff
                                          MICHAEL C. KAPLAN
16

17

18 **SO ORDERED.**

19

20 Dated:_____         By: _____
                                          HON. RONALD M. WHYTE
21                                        UNITED STATES DISTRICT JUDGE

22

23

24

25

26

27                                          2

28 STIPULATION OF DISMISSAL OF ACTION WITH PREJUDICE; [] ORDER
   Case No.  5:14-CV-02210 RMW PSG